In re IROQUOIS HOTEL & APARTMENT CO. (Circuit Court of Appeals, Second Circuit. January 20, 1908.) Appeal from the District Court of the United States for the Southern District of New York. Motion to dismiss appeal. Walter Large (Frank P. Prichard, of counsel), for complainant. Edmund Wetmore (William B. Hale, of counsel), for appellee. Before LACOMBE, COXE, and NOYES, Circuit Judges.

PER CURIAM. This cause is distinguished from Elliott v. Toeppner, 187 U. S. 327, 23 Sup. Ct. 133, 47 L. Ed. 200, where the jury found upon issues of fact which the act provides might be sent to them. Here the court decided issues which could not under the act be sent to the jury. The proper course would have been to dispose of the jury trial by drawing a juror (or otherwise) and then to decide the motion; but we think that the disposition made of the cause was substantially equivalent. The only question reviewable here by appeal is whether or not the bankrupt was engaged principally in mercantile pursuits. Motion denied.

---

J. A. SCRIVEN CO. v. MORRIS et al. (Circuit Court of Appeals, Fourth Circuit. February 15, 1908.) No. 761. Appeal from the Circuit Court of the United States for the District of Maryland, at Baltimore. Arthur v. Briesen (George W. Case, Jr., on the brief), for appellant. W. Calvin Chesnut (Gans & Haman, on the brief), for appellees. Before PRITCHARD, Circuit Judge, and McDOWELL and DAYTON, District Judges.

PER CURIAM. We have carefully considered the questions raised by the appellant on appeal in this cause, and are of opinion that the same are without merit. The learned judge who tried the cause below wrote a carefully considered opinion, reported in 154 Fed. 914, in which we fully concur. The judgment of the lower court is therefore affirmed.

---

KUHN v. FAIRMONT COAL CO. (Circuit Court of Appeals, Fourth Circuit. December 20, 1907.) No. 747. In Error to the Circuit Court of the United States for the Northern District of West Virginia, at Clarksburg. For opinion below, see 152 Fed. 1013. Homer W. Williams and Harvey W. Harmer, for plaintiff in error. Z. T. Vinson, Reese Blizzard, John Bassel, and E. A. Brannon, for defendant in error. No opinion. Certified copy of certificate of questions and propositions of law transmitted to the Supreme Court of the United States.

---

LEEDS v. HILLS. (Circuit Court of Appeals, First Circuit. January 14, 1908.) No. 743. Appeal from the District Court of the United States for the District of Maine. Henry M. Earle, for appellant. Grosvenor Calkins (George E. Hills, on the brief), for appellee. Before COLT, PUTNAM, and LOWELL, Circuit Judges.

PER CURIAM. We are all satisfied with the conclusion of the District Court (149 Fed. 878), and with the reasons given therefor by the learned judge of that court; and we think we need add nothing thereto. The decree of the District Court is affirmed, with interest, and the appellee recovers his costs of appeal.